**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JAMES STEVEN JOHNSON**                                                                **PLAINTIFF**
**# 23-494**

**VS.**                                    **4:23-CV-01030-BRW-JTK**

**SHANE WEST, et al.**                                                              **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by

United States Magistrate Judge Jerome T. Kearney.   No objections have been filed.   After

careful consideration, I approve and adopt the Proposed Findings and Recommended Disposition

in all respects.

Accordingly, Plaintiff's official capacity claims are DISMISSED for failure to state a claim

on which relief may be granted.

Plaintiff's claims against Defendant Smith are DISMISSED for failure to state a claim on

which relief may be granted.

Defendant Smith and Conway County are TERMINATED as parties to this action.

IT IS SO ORDERED, this 6th day of December, 2023.


Billy Roy Wilson
UNITED STATES DISTRICT JUDGE